Ecommerce Innovations L.L.C. v. Does 1-10					Doc. 5

| | |
|---|---|
| **BUCHALTER NEMER**<br>*A Professional Corporation*<br>16435 North Scottsdale Road, Suite 440<br>Scottsdale, Arizona 85254-1754<br>Phone: (480) 383-1800<br>Fax: (480) 824-9400<br><br>Donnelly A. Dybus<br>State Bar Number 013819<br><br>Attorneys for Plaintiff<br>ECOMMERCE INNOVATIONS L.L.C. | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ECOMMERCE INNOVATIONS L.L.C., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | Case No. 2:08-MC-00093<br><br>[Pending in the Central District of California, Case No. CV08-04596]<br><br>**DECLARATION OF DAVID STRAGER IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED TO XCENTRIC VENTURES, LLC, DBA RIPOFFREPORT.COM** |

I, David Strager, declare:

1.  I am the managing member of plaintiff Ecommerce Innovations L.L.C., dba Inspired Silver ("Plaintiff" or "Inspired Silver"), and have been so since its organization in or about 2003. I am responsible for managing Plaintiff's manufacture and purchase of inventory, sales and accounts payable, among other things. As such, I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2.  Inspired Silver is a well-known jewelry retailer that has a brick-and-mortar storefront and a successful website on the Internet located at www.inspiredsilver.com

3.  Shortly after June 9, 2008, I became aware of an Internet posting by an anonymous person on the website of www.ripoffreport.com under the title of "Report: Inspired Silver,

BN 2333054v2                                  -8-

**REPLY MEMORANDUM RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Dockets.Justia.com

Inspired Baby, Ecommerce Innovations, Inspired Shades." The post was identified as Report No. 338338 and is located at http://www.ripoffreport.com/reports/0/338/RipOff0338338.htm, a true and correct copy of which I had printed off the internet and attached hereto as **Exhibit "1."** This post makes several blatantly false and harmful accusations against Inspired Silver.

(a) False accusation No. 1: "Inspired Silver is an unethical online retail and Jewelry catalog company who would rather knock off jewelry designs being produced by their current manufacturer or wholesaler instead of paying their bills. . . . Their M.O. is [to] order goods [and not pay for them]. . . ." Inspired Silver does not engage in, and has never been sued for, trademark, copyright or patent infringement and does not "knock-off" proprietary designs of other manufacturers or wholesalers. In addition, Inspired Silver is current on all of its bills to its vendors, save any that may be subject to legitimate dispute for lack of proper tender.

(b) False accusation No. 2: "Currently they owe my friend close to $25,000.00 (and it is over 190 days) wholesale cost to Accessories Rock but instead of honoring their fiduciary and moral obligations, would rather have another company make up the goods where the quality of those same goods also comes into question." The real story as to Accessories Rock is that I ordered and returned product with this company in a customary fashion. Accessories Rock then attempted to make a further shipment to me C.O.D., which I rejected and returned. It then claimed that my company owed it between $6,000 and $8,000 based on these orders, which I disputed. I have been in discussion with Accessories Rock's attorney regarding our dispute of less than $8,000. Under no circumstance does my company owe $25,000 to Accessories Rock.

(c) False accusation No. 3: "They find these companies by attending various jewelry trade shows, then use their company image of being a large company loving their products and wanting to order from them. What the supplier doesn't know is they are about to be ripped off themselves." Inspired Silver does not "rip-off" its vendors.

(d) False accusation No. 4: "It has been noticed that a company called Athra was making up their goods. If you go the following links, www.inspiredsilver.com, and www.athra.com you will see all the same styles which are Accessories Rock styles. When my friend initially got into the business, he bought a few things from Athra. The main problem he

indicated is the quality of the cubic zirconia stones was not nearly as clear as they should be. According to my friend, Inspired Silver claimed these goods were not items that sold, and returned them after many months of holding them, but instead obviously gave a copy of them to Athra. Inspired Silver is a company lacking the morals and ethics that one should seek when doing business." In actuality, prior to reading the defamatory posting, I had never heard of nor done any business with Athra. Upon reviewing the posting, I reviewed the Athra website referenced in the post and saw that it had misappropriated some images from my company's website. I then personally contacted Athra to demand the immediate removal of those images. Inspired Silver has never done any business with Athra.

    (c) False accusation No. 5: "[A]nd just so you know, they are charging you 3 or 4 times more than what he sold it to them for. If you come to my friend's site www.accessoriesrockjewelry.com, assuming he has it as it is still in style, he will sell it for much less than what you will pay buying it through them, and most likely much better quality, after all, they stuck him with excess inventory." In actuality, while there is a price difference, the quality of the jewelry is the same.

  4. These false accusations are causing harm to Inspired Silver in that they are besmirching my company's reputation for truthfulness and ethical behavior and may be causing vendors or customers to avoid doing business with us.

  5. My mother, Ann, is involved in the daily operation of Inspired Silver. My grandmother, who lives in Boca Raton, Florida, has never been involved in the daily operation of Inspired Silver. I found it particularly spiteful for the anonymous poster on RipOffReport.com to mention my family and identify the cities in which they purportedly reside, along with my own.

I declare under the penalty of perjury under the laws of these United States of America that this Declaration is true and correct.

Executed this 13 day of October in Los Angeles, California.

_____
David Strager

# EXHIBIT 1



...by consumers, for consumers

Register to File a Report | Login | Help

Don't let them get away with it... let the truth be known!

Report: #338338

# Report: Inspired Silver, Inspired Baby, Ecommerce Innovations, Inspired Shades

Category: Jewelry Stores

Inspired Silver, Inspired Baby, Ecommerce Innovations, Inspired Shades Inspired Silver Unethical Manufacturing Approach Defrauds Consumer's by Knocking off Their Previous Supplier's Designs and Producing Possible Inferior Quality. Torrance California

*Consumer Suggestion ..Request for Information

Inspired Silver, Inspired Baby, Ecommerce Innovations, Inspired Shades
2675 SkyPark Drive Suite 204
Torrance, California, 90505
U.S.A.
Phone: 310-539-5070
Fax: 310-539-5029

 Alan
Los Angeles, California

Submitted: 6/9/2008 1:30:50 AM
Modified: 8/5/2008 3:37:35 PM

Read how Ripoff Report saves consumers millions.

Inspired Silver is an unethical online retail and Jewelry catalog company who would rather knock off jewelry designs being produced by their current manufacturer or wholesaler instead of paying their bills. David Strager who resides in Hermosa Beach and Ann Strager who resides in Rancho Palos Verdes are extremely unethical individuals who are absolutely guilty of Intent to Defraud. (I've seen all the Emails and financial documentation to support this claim).



**Mortgage Update**

**July 30: New Housing Bill Passed!**
Find out how it can benefit you!

Think you pay too much for your mortgage? The sad news is, you probably do. Find out what your lowest monthly payment could be.

**Calculate New House Payment**

Select Your State: Alabama

**Rebuttal Box**
Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?

File a Rebuttal

**Victim of this person/company?**

Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don't let them get away with it!

File a Report



Being in the industry for years, I have come across several manufacturers and resellers who have previously sold their goods to David, and Ann. Their M.O. is order goods, (some are custom orders), and as they promise thirty day payment, will tell you a check has been cut, or that a check gets cut for invoices every two weeks, but instead, when the money is due, they will offer a series of similar excuses, such as the book-keeper quit, or is sick, and before you know it you are looking more at 90 - 120 days. Currently they owe my friend close to $25,000.00 (and it is over 190 days) wholesale cost to Accessories Rock, but instead of honoring their fiduciary and moral obligations, would rather have another company make up the goods where the quality of those same goods also comes into question. They find these companies by attending various jewelry trade shows, then use their company image of being a large company loving their products and wanting to order from them. What the supplier doesn't know is they are about to be ripped off themselves.

It has been noticed that a company called Athra was making up their goods. If you go the following links, www.inspiredsilver.com, and www.athra.com you will see all the same styles which are Accessories Rock styles. When my friend initially got into the business, he bought a few things from Athra. The main problem he indicated is the quality of the cubic zirconia stones was not nearly as clear as they should be. According to my friend, Inspired Silver claimed these goods were not items that sold, and returned them after many months of holding them, but instead obviously gave a copy of them to Athra. Inspired Silver is a company lacking the morals and ethics that one should seek when doing business. This is not something you would realize when you go to their website as they boast images from media endorsement form the 'Today Show or 'The View.' I wonder how those fine organization's would feel if they really knew how this company operates?' Ann Strager's mother out of Century Village in Boca Raton Florida should be commended on a job well done on how she raised her children!

I felt it was my duty not to let unscrupulous individuals as such get away with this kind of behavior, and just so you know, they are charging you 3 or 4 times more than what he sold it to them for. If you come to my friend's site www.accessoriesrockjewelry.com, assuming he has it as it is still in style, he will sell it for much less than what you will pay buying it through them, and most likely much better quality, after all, they stuck him with excess inventory.

Richard

 

Los Angeles, California
U.S.A.

---

VIDEO SPOTLIGHT



Companies steal from your bank account. Find out how.
PLAY VIDEO



Looking for premium tickets?  Concert Tickets | Sports Tickets | Theatre Tickets    just visit www.TicketFeeder.com

**Do-it guide** — **Ripoff Report**

**Search for additional reports**

If you would like to see more Rip-off Reports on this company/individual, please use the search box below:



In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.



Read how Ripoff Report saves consumers millions.

| Rebuttal Box<br>Respond to this report! | Victim of this person/company? | Repair Your Reputation |
|---|---|---|
| Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company? | Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don't let them get away with it! | Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program. |



## Updates & Rebuttals:

UPDATES & REBUTTALS

Request for Information
Jason H. Fisher, Esq. [8/5/2008 2:34:28 PM]

 Tap into the power of Monster.  ◆ Replay  monster 

Jason H. Fisher, Esq.
Los Angeles, California
U.S.A.

Submitted: 8/5/2008 2:34:28 PM
Modified: 8/5/2008 3:37:35 PM

**Consumer Suggestion**

### Request for Information

Please take notice that Ecommerce Innovations, LLC ('ECI') has initiated an action in the United States District Court, CDCA, Case No. 08-cv-04596 due to allegedly false statements made by you (the 'Action'). In the Action, ECI seeks to subpoena the records of Xcentric Ventures LLC for your contact information and any other messages that you have posted on the website Rip Off Report, www.ripoffreport.com, under the pseudonym 'Alan' or any other pseudonym, about ECI, to the Phoenix / Scottsdale Office of Buchalter Nemer at: 16435 North Scottsdale Road Suite 440, Scottsdale, Arizona 85254 in compliance with FRCP Rule 45.

If you do not respond within 3 business days with your true and correct contact information to: Jason H. Fisher, Esq. via email (jfisher@buchalter.com ) or facsimile (213-896-0400), we will subpoena the records as outline above.

You may have a right to file and serve a response to the subpoena anonymously. If you intend to file and serve a response, please do so, or notify us of your intent to do so, on or before August 22, 2008.

Jason



Read how Ripoff Report saves consumers millions.

| Rebuttal Box Respond to this report! | Victim of this person/company? | Repair Your Reputation | |
|---|---|---|---|
| Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company? | Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don't let them get away with it! | Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program. |   |

 Vonage — A Better Way to Phone for Less℠ — Save up to $300 a Year* On Your Phone Bill! $24.99/mo UNLIMITED Local & Long Distance Calling