**BUCHALTER NEMER**
*A Professional Corporation*
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254-1754
Phone: (480) 383-1800
Fax: (480) 824-9400

Donnelly A. Dybus
State Bar Number 013819

Attorneys for Plaintiff
ECOMMERCE INNOVATIONS L.L.C.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ECOMMERCE INNOVATIONS L.L.C., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>Defendants. | Case No. 2:08-MC-00093<br><br>[Pending in the Central District of California, Case No. CV08-04596]<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ECOMMERCE INNOVATIONS, L.L.C.** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Ecommerce Innovations L.L.C., dba Inspired Silver in compliance with the provisions of:

**Rule 7.1. Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.**

**The filing party hereby declares as follows:**

**There is no such corporation.**

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

///

E1435.0006 BN 2340036v1

-1-

DATED this 14th day of October, 2008

BUCHALTER NEMER
A Professional Corporation

By: /s/ Donnelly A. Dybus
Donnelly A. Dybus
Attorneys for Plaintiff

ORIGINAL filed this 14th day of
October, 2008 and

COPY mailed this 14th day of
October, 2008, to:

David S. Gingras, Esq.
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Attorneys for XCentric Ventures, LLC, dba RipOffReport.com

/s/ JoAnn Gillotte

E1435.0006 BN 2340036v1