# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ECommerce Innovations, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Does 1 through 10,<br><br>Defendant. | No. MC08-0093-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Non-Party Xcentric Ventures, LLC's motion for leave to file sur-reply re: motion to compel (Dkt. #7).

**IT IS ORDERED:**

1. Non-Party Xcentric Ventures, LLC's motion for leave to file sur-reply re: motion to compel (Dkt. #7) is **granted**.
2. The Clerk of the Court is **directed** to file Dkt. #8.

DATED this 21st day of October, 2008.

_____
David G. Campbell
United States District Judge