Maria Crimi Speth, #012574
David S. Gingras, #021097
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1000
Fax: (602) 248-0522

Attorneys for Xcentric Ventures, L.L.C.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, L.L.C., a Nevada limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>DOES 1 through 10,<br><br>　　　Defendants. | Case No.: 2:08–MC–00093<br><br>**NOTICE OF FILING ORIGINAL SIGNATURE PAGE** |

　　　Non-party XCENTRIC VENTURES, L.L.C. ("Xcentric") gives notice that it has filed the attached signature page attached as **Exhibit A** relating to its Sur-Reply (Doc. #11; 10/22/2008). Because the Sur-Reply filed by the Clerk was an unsigned proposed copy, this signature page is filed to ensure the pleading complies with Fed. R. Civ. P. 11(a).

　　　DATED this 22nd day of October 2008.

　　　　　　　　　　　　　　　　　　　　　　　**JABURG & WILK, P.C.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ David S. Gingras
　　　　　　　　　　　　　　　　　　　　　　　Maria Crimi Speth
　　　　　　　　　　　　　　　　　　　　　　　David S. Gingras
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Xcentric Ventures, L.L.C.

10297-1/DSG/DSG/684858_v1

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2008 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Donnelly A. Dybus, Esq.
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754

Attorneys for Plaintiffs

With a COPY of the foregoing delivered to:

Honorable David G. Campbell
United States District Court
District of Arizona

      s/David S. Gingras

10297-1/DSG/DSG/684858_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

# EXHIBIT A

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/DSG/DSG/684858_v1

Silver does not steal the designs of famous third party manufacturers. Mr. Strager's own website proves that this is exactly what Inspired Silver does.

Under the circumstances, it is obvious that Mr. Strager submitted a false declaration to the Court in an effort to support a frivolous claim so that he could invade the First Amendment rights of the anonymous author who posted <u>truthful</u> statements about Mr. Strager's illegal business practices. This conduct is an abuse of the Court's process and warrants the imposition of serious sanctions.

As such, in addition to any other remedy the Court may find appropriate, Xcentric requests that the Court find Mr. Strager's declaration was submitted in bad faith and that the Court order Mr. Strager to pay the reasonable expenses, including attorney's fees, incurred by Xcentric pursuant to Fed. R. Civ. P. 56(g).

## IV. <u>CONCLUSION</u>

For all of these reasons, the Court should deny Ecommerce's Motion to Compel, quash the subpoena pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), and award sanctions including costs and attorney's fees to Xcentric pursuant to Fed. R. Civ. P. 56(g).

DATED this 22 day of October 2008.

JABURG & WILK, P.C.

Maria Crimi Speth
David S. Gingras
Attorneys for Xcentric Ventures, L.L.C.

10297-1/DSG/DSG/683341_v2