Maria Crimi Speth, #012574
David S. Gingras, #021097
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1000
Fax: (602) 248-0522

Attorneys for Xcentric Ventures, L.L.C.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, L.L.C., a Nevada limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>DOES 1 through 10,<br><br>          Defendants. | **Case No.:  2:08–MC–00093**<br><br>**AFFIDAVIT OF ALAN FRANK IN SUPPORT OF MOTION FOR RECONSIDERATION/ MOTION FOR NEW TRIAL AND REOPEN JUDGMENT/RECORD** |

I, Alan Frank declare:

1.      My name is Alan Frank.  I am a resident of the State of Florida, am over the age of 18 years, and if called to testify in court in this matter I could and would truthfully testify to the following facts based upon my own personal knowledge.

2.      I am one of the principals of Accessories Rock, Inc.  I am personally involved in the financial operations of the business and I have personal knowledge as to the matters described herein.

3.      I have been informed that Ecommerce commenced this action based on an allegation that it has been defamed by certain information posted on the website www.RipoffReport.com.

4.      Specifically, I have been informed that Ecommerce and Mr. Strager allege that an anonymous author posted a report claiming that, among other things, Ecommerce had failed to pay a debt of "close to $25,000" owed to Accessories Rock.

10297-1/DSG/DSG/693250_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1   5.    I have been informed that Mr. Strager has filed a declaration in this action

2   dated October 13, 2008 in which he denies that this debt is owned. I understand that in his

3   declaration, Mr. Strager made the following representation to the Court:

The real story as to Accessories Rock is that I ordered and returned product
with this company in a customary fashion.    Accessories Rock then
attempted to make a further shipment to me C.O.D. which I rejected and
returned.  It then claimed that my company owed it between $6,000 and
$8,000 based on these orders, which I disputed.  I have been in discussion
with Accessories Rock's attorney regarding our dispute of less than $8,000.
Under no circumstances does my company owe $25,000 to Accessories
Rock.

10   6.    This representation is false.  Inspired Silver does, in fact, owe a debt to

11  Inspired Silver of close to $25,000.

12   7.    Attached hereto as Exhibit A are copies of invoices showing goods that

13  were sold by Accessories Rock to Inspired Silver on an open account.  As indicated in

14  each invoice, goods were shipped to Inspired Silver on various dates ranging from

15  November 2007 through March 2008.

16   8.    Inspired Silver has failed to pay these invoices.  The total amount owed is

17  $21,219.18 (this figure has a slight typo where actual figure is $21,290.18) which does not

18  include interest or attorney's fees.  Adding interest and fees to the principle unpaid

19  balance would result in the debt being close to or more than $25,000.

20   9.    It is therefore true to say that Inspired Silver owes close to $25,000 to

21  Accessories Rock.  It is also true that all of this debt is more than 190 past due.  In fact,

22  some of the unpaid invoices are more than a year old.  Mr. Strager's representations to the

23  contrary are absolutely false.

24  **WITNESSETH** I have read the foregoing and I declare under penalty of perjury that the

25  facts stated therein are true and correct as of the date this Declaration was executed.

26

27  DATED: 12/5/08

Alan Frank
Alan Frank

AARBIRG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2008 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Donnelly A. Dybus, Esq.
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754

Attorneys for Plaintiffs

With a COPY of the foregoing delivered to:

Honorable David G. Campbell
United States District Court
District of Arizona

s/David S. Gingras

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/DSG/DSG/693250_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

# EXHIBIT A

10297-1/DSG/DSG/693250_v1

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

|  | ARW-1171 | | Due on receipt | | |
|---|---|---|---|---|---|
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE 5) | 5 | 0 | 5 | 23.00 | 115.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE 6) | 4 | 0 | 4 | 23.00 | 92.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE 7) | 4 | 0 | 4 | 23.00 | 92.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE 8) | 2 | 0 | 2 | 23.00 | 46.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE 9) | 1 | 0 | 1 | 23.00 | 23.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver                              Inspired Silver
Ann Strager                                  Ann Strager
2675 Skypark Drive                           2675 Skypark Drive
Suite 204                                    Suite 204
Torrance, CA 90505                           Torrance, CA 90505

| | | ARW-1171 | | | Due on receipt |
|---|---|---|---|---|---|
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE 10) | 5 | 0 | 5 | 23.00 | 115.00 |
| RN0123 | Rh plated 20" necklace consisting of one 2" circle, eight 1 1/4" and eight 3/4" circles | 18 | 0 | 18 | 10.08 | 181.44 |
| SNC0084 | S/S Rh plated16" necklace (double chain) w/three 4 leaf clover onit plus additional stones on the chain | 12 | 0 | 12 | 32.00 | 384.00 |
| GPN0123 | Gd plated 20" necklace consisting of 1-2" circles, eight 1 1/4" circles and eight 3/4" circles. | 20 | 0 | 20 | 10.08 | 201.60 |
| RN0092 | 36" Rh plated Van Cleef inspired necklace, every 4th link is an oped 5 petal flower w/oval shaped links in between | 12 | 0 | 12 | 10.08 | 120.96 |
| RN0095 | 53" Rh plated channel inspired necklace, composed of 7/8" hammered circles linked by 5 smaller circles that are twisted (extender is double links) | 18 | 0 | 18 | 13.00 | 234.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | ARW-1171 | | | Due on receipt | |
|---|---|---|---|---|---|
| GPN0082 | 16CaviarChainw/heartclasp(alternatinglinksetch edandnonetched)" | 10 | 0 | 10 | 10.71 | 107.10 |
| SNC0067 | S/S RH plated 16" Necklace w/2 sided cz's in circle & oval design | 28 | 0 | 28 | 17.82 | 498.96 |
| SPN0005 | S/S Rh plated 16" necklace w/5 1/4" coral flowers bezel set in S/S | 7 | 0 | 7 | 32.25 | 225.75 |
| GPEC0130 | S/S Gold plated Ripka inspired earring with 10mm Princess cut champagne cz set in prong "heart" setting | 12 | 0 | 12 | 21.20 | 254.40 |
| SEC0106 | S/S Rh plated 1 1/2" hoop w/marquise shaped cz's all around | 12 | 0 | 12 | 19.40 | 232.80 |
| SEC0158 | S/S Rh plated upside down pear shape micro pave earring w/3mm clear bezel set pear cz in center | 10 | 0 | 10 | 15.30 | 153.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE 5) | 2 | 0 | 2 | 16.20 | 32.40 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 6) | 1 | 0 | 1 | 16.20 | 16.20 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver                     Inspired Silver
Ann Strager                         Ann Strager
2675 Skypark Drive                  2675 Skypark Drive
Suite 204                           Suite 204
Torrance, CA 90505                  Torrance, CA 90505

| | | ARW-1171 | | | Due on receipt |
|---|---|---|---|---|---|
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 7) | 1 | 0 | 1 | 16.20 | 16.20 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 8) | 2 | 0 | 2 | 16.20 | 32.40 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 9) | 1 | 0 | 1 | 16.20 | 16.20 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 10) | 2 | 0 | 2 | 16.20 | 32.40 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 5) | 4 | 0 | 4 | 15.30 | 61.20 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 6) | 3 | 0 | 3 | 15.30 | 45.90 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

11/29/2007          1166

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

|  |  | ARW-1171 |  | Due on receipt |  |
|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 7) | 3 | 0 | 3 | 15.30 | 45.90 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 8) | 4 | 0 | 4 | 15.30 | 61.20 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 9) | 4 | 0 | 4 | 15.30 | 61.20 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 10) | 3 | 0 | 3 | 15.30 | 45.90 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (size 5) | 3 | 0 | 3 | 17.82 | 53.46 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (size 6) | 11 | 0 | 11 | 17.82 | 196.02 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

11/29/2007          1166

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1171 | | Due on receipt | |
|---|---|---|---|---|---|
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (size 7) | 3 | 0 | 3 | 17.82 | 53.46 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (size 8) | 1 | 0 | 1 | 17.82 | 17.82 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (size 5) | 2 | 0 | 2 | 33.30 | 66.60 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (size 7) | 4 | 0 | 4 | 33.30 | 133.20 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (size 9) | 1 | 0 | 1 | 33.30 | 33.30 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (size 6) | 3 | 0 | 3 | 23.00 | 69.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1171 | | | Due on receipt | |
|---|---|---|---|---|---|---|
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (size 7) | 3 | 0 | 3 | 23.00 | 69.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (size 8) | 3 | 0 | 3 | 23.00 | 69.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (size 9) | 4 | 0 | 4 | 23.00 | 92.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (size 10) | 3 | 0 | 3 | 23.00 | 69.00 |
| Shipping | Shipping, handling, insurance via Federal Express | | | | 38.92 | 38.92 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

| | |
|---|---|
| **Subtotal** | $4,504.89 |
| **Sales Tax  (0.0%)** | $0.00 |
| | $4,504.89 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,504.89 |

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/4/2007        1174

| | |
|---|---|
| Inspired Silver | Inspired Silver |
| Ann Strager | Ann Strager |
| 2675 Skypark Drive | 2675 Skypark Drive |
| Suite 204 | Suite 204 |
| Torrance, CA 90505 | Torrance, CA 90505 |

ARW-1174                    Due on receipt

| Item | Description | | | | | |
|---|---|---|---|---|---|---|
| SNC2000 | S/S Rh plated Chopard inspired necklace w/1 1/2" diameter pendant on 16" chain w/pave outer circle w/prong set oval round and square set stones inside | 12 | 0 | 12 | 27.36 | 328.32 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (size 5) | 4 | 0 | 4 | 23.00 | 92.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (size 8) | 1 | 0 | 1 | 17.82 | 17.82 |
| Shipping | Shipping, handling, insurance via Federal Express | 1 | 0 | 1 | 7.90 | 7.90 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

| | |
|---|---|
| **Subtotal** | $446.04 |
| **Sales Tax  (0.0%)** | $0.00 |
| | $446.04 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $446.04 |

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | | |
|---|---|---|---|---|---|---|
| GPN0082 | 16CaviarChainw/heartclasp(alternatinglinksetch edandnonetched)" | 10 | 10 | 0 | 10.71 | 0.00 |
| RN0095 | 53" Rh plated channel inspired necklace, composed of 7/8" hammered circles linked by 5 smaller circles that are twisted (extender is double links) | 10 | 10 | 0 | 13.00 | 0.00 |
| SEC0106 | S/S Rh plated 1 1/2" hoop w/marquise shaped cz's all around | 10 | 20 | 0 | 19.40 | 0.00 |
| SNC2000 | S/S Rh plated Chopard inspired necklace w/1 1/2" diameter pendant on 16" chain w/pave outer circle w/prong set oval round and square set stones inside | 10 | 10 | 0 | 27.36 | 0.00 |
| GPEC0130 | S/S Gold plated Ripka inspired earring with 10mm Princess cut champagne cz set in prong "heart" setting | 10 | 0 | 0 | 21.20 | 0.00 |
| SEC0158 | S/S Rh plated upside down pear shape micro pave earring w/3mm clear bezel set pear cz in center | 10 | 10 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 11 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 20 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 15 | 0 | 33.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

| | | | | | |
|---|---|---|---|---|---|
| Inspired Silver | | | Inspired Silver | | |
| Ann Strager | | | Ann Strager | | |
| 2675 Skypark Drive | | | 2675 Skypark Drive | | |
| Suite 204 | | | Suite 204 | | |
| Torrance, CA 90505 | | | Torrance, CA 90505 | | |

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 10 | 0 | 33.30 | 0.00 |
| SNC0084 | S/S  Rh plated16" necklace (double chain) w/three 4 leaf clover onit plus additional stones on the chain | 10 | 10 | 0 | 32.00 | 0.00 |
| RN0092 | 36" Rh plated Van Cleef inspired necklace, every 4th link is an oped 5 petal flower w/oval shaped links in between | 10 | 10 | 0 | 10.08 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

**Subtotal**

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Sales Tax  (0.0%)**

**Payments/Credits**

**Balance Due**

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

ARW-1126                                    Due on receipt

| | | | | | |
|---|---|---|---|---|---|
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE9) | 15 | 11 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE10) | 10 | 7 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0084 | `S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE9) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE10) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPN0123 | Gd plated 20" necklace consisting of 1-2" circles, eight 1 1/4" circles and eight 3/4" circles. | 10 | 10 | 0 | 10.08 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE5) | 10 | 36 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE6) | 15 | 49 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE7) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE8) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE9) | 15 | 45 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE10) | 10 | 30 | 0 | 23.00 | 0.00 |
| SPN0005 | S/S Rh plated 16" necklace w/5 1/4" coral flowers bezel set in S/S | 13 | 13 | 0 | 32.25 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

| | | ARW-1126 | | | | Due on receipt |
|---|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 1 | 2 | 33.30 | 66.60 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 0 | 0 | 33.30 | 0.00 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 4 | 2 | 33.30 | 66.60 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 1 | 0 | 33.30 | 0.00 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 1 | 0 | 33.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver                         Inspired Silver
Ann Strager                             Ann Strager
2675 Skypark Drive                      2675 Skypark Drive
Suite 204                               Suite 204
Torrance, CA 90505                      Torrance, CA 90505

| | ARW-1126 | | | Due on receipt | |
|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 0 | 0 | 33.30 | 0.00 |
| RN0123 | Rh plated 20" necklace consisting of one 2" circle, eight 1 1/4" and eight 3/4" circles | 10 | 0 | 0 | 10.08 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE5) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE6) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE7) | 20 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE8) | 20 | 0 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/6/2007          1180

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|

| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE9) | 15 | 0 | 0 | 15.30 | 0.00 |
|---|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE10) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE5) | 10 | 10 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE6) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE7) | 20 | 20 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE8) | 20 | 20 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE5) | 10 | 7 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE6) | 15 | 11 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE7) | 20 | 16 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE8) | 20 | 15 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

|  |  | ARW-1126 |  |  | Due on receipt |
|---|---|---|---|---|---|
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE5) | 10 | 10 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE6) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE7) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE8) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE9) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE10) | 10 | 10 | 0 | 17.82 | 0.00 |
| SPN0002 | Crystal skull pendant | 11 | 12 | 0 | 16.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

|  | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SRC0035 | Sterling Silver rhodium plated ring flower shaped center round 2.25mm encircled with 4mm and 6mm marquise prong set cubic zirconias (2)size5 (2)size6 (2)size7 (2)size8 | 8 | 8 | 0 | 18.00 | 0.00 |
| SEC0136 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| GPEC0172 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| RN0055 | Gucci inspired 18 inch rhodium plated necklace with horse-bit pendant and toggle clasp | 1 | 1 | 0 | 12.50 | 0.00 |
| RN0056 | 48 inch Gucci inspired rhodium plated horse-bit station necklace; should be worn doubled up. (Looks great layered with RN0055) | 1 | 1 | 0 | 21.00 | 0.00 |
| SEC0107 | 3" long S/S Rh plated geometric earring w/pave squares, bezel set round and a long diamond shape drop all w/clear cz's | 1 | 0 | 0 | 22.50 | 0.00 |

Thank you for your order!

**Subtotal**

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Sales Tax  (0.0%)**

**Payments/Credits**

**Balance Due**

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/6/2007          1180

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

ARW-1126                          Due on receipt

| | | | | |
|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (size 6) | 2 | 33.30 | 66.60 |
| Shipping | Shipping, handling, insurance via Federal Express | | 7.20 | 7.20 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

| | |
|---|---|
| **Subtotal** | $207.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| | $207.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $207.00 |

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1196

Inspired Silver                     Inspired Silver
Ann Strager                         Ann Strager
2675 Skypark Drive                  2675 Skypark Drive
Suite 204                           Suite 204
Torrance, CA 90505                  Torrance, CA 90505

| | ARW-1126 | | | Due on receipt | |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| GPN0082 | 16CaviarChainw/heartclasp(alternatinglinksetchedandnonetched)" | 10 | 10 | 0 | 10.71 | 0.00 |
| RN0095 | 53" Rh plated channel inspired necklace, composed of 7/8" hammered circles linked by 5 smaller circles that are twisted (extender is double links) | 10 | 10 | 0 | 13.00 | 0.00 |
| SEC0106 | S/S Rh plated 1 1/2" hoop w/marquise shaped cz's all around | 10 | 20 | 0 | 19.40 | 0.00 |
| SNC2000 | S/S Rh plated Chopard inspired necklace w/1 1/2" diameter pendant on 16" chain w/pave outer circle w/prong set oval round and square set stones inside | 10 | 10 | 0 | 27.36 | 0.00 |
| GPEC0130 | S/S Gold plated Ripka inspired earring with 10mm Princess cut champagne cz set in prong "heart" setting | 10 | 0 | 0 | 21.20 | 0.00 |
| SEC0158 | S/S Rh plated upside down pear shape micro pave earring w/3mm clear bezel set pear cz in center | 10 | 10 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

|  |  | ARW-1126 |  |  | Due on receipt |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 11 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 20 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 15 | 0 | 33.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1196

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 10 | 0 | 33.30 | 0.00 |
| SNC0084 | S/S  Rh plated16" necklace (double chain) w/three 4 leaf clover onit plus additional stones on the chain | 10 | 10 | 0 | 32.00 | 0.00 |
| RN0092 | 36" Rh plated Van Cleef inspired necklace, every 4th link is an oped 5 petal flower w/oval shaped links in between | 10 | 10 | 0 | 10.08 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007          1196

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

ARW-1126                          Due on receipt

| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
|---|---|---|---|---|---|---|
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE9) | 15 | 11 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE10) | 10 | 7 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0084 | `S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

|  |  | ARW-1126 |  | Due on receipt |  |
|---|---|---|---|---|---|
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE9) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE10) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPN0123 | Gd plated 20" necklace consisting of 1-2" circles, eight 1 1/4" circles and eight 3/4" circles. | 10 | 10 | 0 | 10.08 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE5) | 10 | 36 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007          1196

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE6) | 15 | 49 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE7) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE8) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE9) | 15 | 45 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE10) | 10 | 30 | 0 | 23.00 | 0.00 |
| SPN0005 | S/S Rh plated 16" necklace w/5 1/4" coral flowers bezel set in S/S | 13 | 13 | 0 | 32.25 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1196

Inspired Silver              Inspired Silver
Ann Strager                  Ann Strager
2675 Skypark Drive           2675 Skypark Drive
Suite 204                    Suite 204
Torrance, CA 90505           Torrance, CA 90505

ARW-1126                                    Due on receipt

| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 3 | 8 | 33.30 | 266.40 |
|---------|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 0 | 17 | 33.30 | 566.10 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 6 | 16 | 33.30 | 532.80 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 1 | 21 | 33.30 | 699.30 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 1 | 16 | 33.30 | 532.80 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1196

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 0 | 11 | 33.30 | 366.30 |
| RN0123 | Rh plated 20" necklace consisting of one 2" circle, eight 1 1/4" and eight 3/4" circles | 10 | 0 | 0 | 10.08 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE5) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE6) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE7) | 20 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE8) | 20 | 0 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007      1196

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt | |
|---|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE9) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE10) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE5) | 10 | 10 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE6) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE7) | 20 | 20 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE8) | 20 | 20 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007       1196

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

| | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE5) | 10 | 7 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE6) | 15 | 11 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE7) | 20 | 16 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE8) | 20 | 15 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1196

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

ARW-1126                                    Due on receipt

| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
|----------|--------|----|----|---|-------|------|
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE5) | 10 | 10 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE6) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE7) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE8) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE9) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE10) | 10 | 10 | 0 | 17.82 | 0.00 |
| SPN0002 | Crystal skull pendant | 11 | 12 | 0 | 16.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007          1196

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| SRC0035 | Sterling Silver rhodium plated ring flower shaped center round 2.25mm encircled with 4mm and 6mm marquise prong set cubic zirconias (2)size5 (2)size6 (2)size7 (2)size8 | 8 | 8 | 0 | 18.00 | 0.00 |
| SEC0136 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| GPEC0172 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| RN0055 | Gucci inspired 18 inch rhodium plated necklace with horse-bit pendant and toggle clasp | 1 | 1 | 0 | 12.50 | 0.00 |
| RN0056 | 48 inch Gucci inspired rhodium plated horse-bit station necklace; should be worn doubled up. (Looks great layered with RN0055) | 1 | 1 | 0 | 21.00 | 0.00 |
| SEC0107 | 3" long S/S Rh plated geometric earring w/pave squares, bezel set round and a long diamond shape drop all w/clear cz's | 1 | 0 | 0 | 22.50 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

| | |
|---|---|
| **Subtotal** | $2,963.70 |
| **Sales Tax  (0.0%)** | $0.00 |
| | $2,963.70 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,963.70 |

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1197

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

| | ARW-1126 | | Due on receipt | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| GPN0082 | 16CaviarChainw/heartclasp(alternatinglinksetchedandnonetched)" | 10 | 10 | 0 | 10.71 | 0.00 |
| RN0095 | 53" Rh plated channel inspired necklace, composed of 7/8" hammered circles linked by 5 smaller circles that are twisted (extender is double links) | 10 | 10 | 0 | 13.00 | 0.00 |
| SEC0106 | S/S Rh plated 1 1/2" hoop w/marquise shaped cz's all around | 10 | 20 | 0 | 19.40 | 0.00 |
| SNC2000 | S/S Rh plated Chopard inspired necklace w/1 1/2" diameter pendant on 16" chain w/pave outer circle w/prong set oval round and square set stones inside | 10 | 10 | 0 | 27.36 | 0.00 |
| GPEC0130 | S/S Gold plated Ripka inspired earring with 10mm Princess cut champagne cz set in prong "heart" setting | 10 | 0 | 0 | 21.20 | 0.00 |
| SEC0158 | S/S Rh plated upside down pear shape micro pave earring w/3mm clear bezel set pear cz in center | 10 | 10 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

|  | ARW-1126 |  |  | Due on receipt |  |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 11 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 20 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 15 | 0 | 33.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1197

Inspired Silver                                Inspired Silver
Ann Strager                                    Ann Strager
2675 Skypark Drive                             2675 Skypark Drive
Suite 204                                      Suite 204
Torrance, CA 90505                             Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 10 | 0 | 33.30 | 0.00 |
| SNC0084 | S/S Rh plated16" necklace (double chain) w/three 4 leaf clover onit plus additional stones on the chain | 10 | 10 | 0 | 32.00 | 0.00 |
| RN0092 | 36" Rh plated Van Cleef inspired necklace, every 4th link is an oped 5 petal flower w/oval shaped links in between | 10 | 10 | 0 | 10.08 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

**Subtotal**

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Sales Tax  (0.0%)**

**Payments/Credits**

**Balance Due**

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1197

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

ARW-1126                                    Due on receipt

| | | | | | |
|---|---|---|---|---|---|
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE9) | 15 | 11 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE10) | 10 | 7 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0084 | `S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007          1197

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE9) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE10) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPN0123 | Gd plated 20" necklace consisting of 1-2" circles, eight 1 1/4" circles and eight 3/4" circles. | 10 | 10 | 0 | 10.08 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE5) | 10 | 36 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE6) | 15 | 49 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE7) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE8) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE9) | 15 | 45 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE10) | 10 | 30 | 0 | 23.00 | 0.00 |
| SPN0005 | S/S Rh plated 16" necklace w/5 1/4" coral flowers bezel set in S/S | 13 | 13 | 0 | 32.25 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | ARW-1126 | | | Due on receipt | |
|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 11 | 5 | 33.30 | 166.50 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 17 | 5 | 33.30 | 166.50 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 22 | 5 | 33.30 | 166.50 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 22 | 5 | 33.30 | 166.50 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 17 | 5 | 33.30 | 166.50 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/14/2007          1197

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 11 | 5 | 33.30 | 166.50 |
| RN0123 | Rh plated 20" necklace consisting of one 2" circle, eight 1 1/4" and eight 3/4" circles | 10 | 0 | 0 | 10.08 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE5) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE6) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE7) | 20 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE8) | 20 | 0 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007          1197

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt | |
|---|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE9) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE10) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE5) | 10 | 10 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE6) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE7) | 20 | 20 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE8) | 20 | 20 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007          1197

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE5) | 10 | 7 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE6) | 15 | 11 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE7) | 20 | 16 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE8) | 20 | 15 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

12/14/2007        1197

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|---|
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE5) | 10 | 10 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE6) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE7) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE8) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE9) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE10) | 10 | 10 | 0 | 17.82 | 0.00 |
| SPN0002 | Crystal skull pendant | 11 | 12 | 0 | 16.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

**Balance Due**

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**                                    12/14/2007         1197

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

|  |  | ARW-1126 |  | Due on receipt |  |
|---|---|---|---|---|---|
| SRC0035 | Sterling Silver rhodium plated ring flower shaped center round 2.25mm encircled with 4mm and 6mm marquise prong set cubic zirconias (2)size5 (2)size6 (2)size7 (2)size8 | 8 | 8 | 0 | 18.00 | 0.00 |
| SEC0136 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| GPEC0172 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| RN0055 | Gucci inspired 18 inch rhodium plated necklace with horse-bit pendant and toggle clasp | 1 | 1 | 0 | 12.50 | 0.00 |
| RN0056 | 48 inch Gucci inspired rhodium plated horse-bit station necklace; should be worn doubled up. (Looks great layered with RN0055) | 1 | 1 | 0 | 21.00 | 0.00 |
| SEC0107 | 3" long S/S Rh plated geometric earring w/pave squares, bezel set round and a long diamond shape drop all w/clear cz's | 1 | 0 | 0 | 22.50 | 0.00 |
| Shipping | Shipping, handling, insurance via Federal Express |  |  |  | 47.04 | 47.04 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**                $1,046.04

**Sales Tax  (0.0%)**       $0.00

                            $1,046.04

**Payments/Credits**        $0.00

**Balance Due**             $1,046.04

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

|  | ARW-1126 |  | Due on receipt |  |  |
|---|---|---|---|---|---|

| GPN0082 | 16CaviarChainw/heartclasp(alternatinglinksetch edandnonetched)" | 10 | 10 | 0 | 10.71 | 0.00 |
|---|---|---|---|---|---|---|
| RN0095 | 53" Rh plated channel inspired necklace, composed of 7/8" hammered circles linked by 5 smaller circles that are twisted (extender is double links) | 10 | 10 | 0 | 13.00 | 0.00 |
| SEC0106 | S/S Rh plated 1 1/2" hoop w/marquise shaped cz's all around | 10 | 20 | 0 | 19.40 | 0.00 |
| SNC2000 | S/S Rh plated Chopard inspired necklace w/1 1/2" diameter pendant on 16" chain w/pave outer circle w/prong set oval round and square set stones inside | 10 | 10 | 0 | 27.36 | 0.00 |
| GPEC0130 | S/S Gold plated Ripka inspired earring with 10mm Princess cut champagne cz set in prong "heart" setting | 10 | 0 | 0 | 21.20 | 0.00 |
| SEC0158 | S/S Rh plated upside down pear shape micro pave earring w/3mm clear bezel set pear cz in center | 10 | 10 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 11 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 19 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 20 | 0 | 33.30 | 0.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 15 | 0 | 33.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                         Inspired Silver
Ann Strager                             Ann Strager
2675 Skypark Drive                      2675 Skypark Drive
Suite 204                               Suite 204
Torrance, CA 90505                      Torrance, CA 90505

|  |  | ARW-1126 | | | Due on receipt | |
|---|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 10 | 0 | 33.30 | 0.00 |
| SNC0084 | S/S  Rh plated16" necklace (double chain) w/three 4 leaf clover onit plus additional stones on the chain | 10 | 10 | 0 | 32.00 | 0.00 |
| RN0092 | 36" Rh plated Van Cleef inspired necklace, every 4th link is an oped 5 petal flower w/oval shaped links in between | 10 | 10 | 0 | 10.08 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

**Subtotal**

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                     Inspired Silver
Ann Strager                         Ann Strager
2675 Skypark Drive                  2675 Skypark Drive
Suite 204                           Suite 204
Torrance, CA 90505                  Torrance, CA 90505

ARW-1126                            Due on receipt

| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
|---|---|---|---|---|---|---|
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE9) | 15 | 11 | 0 | 23.00 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE10) | 10 | 7 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0084 | `S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | Due on receipt | |
|---|---|---|---|---|---|
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE9) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE10) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPN0123 | Gd plated 20" necklace consisting of 1-2" circles, eight 1 1/4" circles and eight 3/4" circles. | 10 | 10 | 0 | 10.08 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE5) | 10 | 36 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

|  |  | ARW-1126 |  | Due on receipt |  |
|---|---|---|---|---|---|
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE6) | 15 | 49 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE7) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE8) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE9) | 15 | 45 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE10) | 10 | 30 | 0 | 23.00 | 0.00 |
| SPN0005 | S/S Rh plated 16" necklace w/5 1/4" coral flowers bezel set in S/S | 13 | 13 | 0 | 32.25 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt |
|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 16 | 3 | 33.30 | 99.90 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 22 | 12 | 33.30 | 399.60 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 27 | 11 | 33.30 | 366.30 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 27 | 15 | 33.30 | 499.50 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 22 | 11 | 33.30 | 366.30 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

| | | ARW-1126 | | | Due on receipt | |
|---|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 16 | 6 | 33.30 | 199.80 |
| RN0123 | Rh plated 20" necklace consisting of one 2" circle, eight 1 1/4" and eight 3/4" circles | 10 | 0 | 0 | 10.08 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE5) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE6) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE7) | 20 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE8) | 20 | 0 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

ARW-1126                          Due on receipt

| | | | | | |
|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE9) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE10) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE5) | 10 | 10 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE6) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE7) | 20 | 20 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE8) | 20 | 20 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | ARW-1126 | | Due on receipt | | |
|---|---|---|---|---|---|
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE5) | 10 | 7 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE6) | 15 | 11 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE7) | 20 | 16 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE8) | 20 | 15 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

|  | ARW-1126 |  | Due on receipt |  |
|---|---|---|---|---|

| Item | Description | | | | |
|---|---|---|---|---|---|
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE5) | 10 | 10 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE6) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE7) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE8) | 20 | 20 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE9) | 15 | 15 | 0 | 17.82 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE10) | 10 | 10 | 0 | 17.82 | 0.00 |
| SPN0002 | Crystal skull pendant | 11 | 12 | 0 | 16.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

12/21/2007          1207

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

|  |  | ARW-1126 |  | Due on receipt |  |
|---|---|---|---|---|---|
| SRC0035 | Sterling Silver rhodium plated ring flower shaped center round 2.25mm encircled with 4mm and 6mm marquise prong set cubic zirconias (2)size5 (2)size6 (2)size7 (2)size8 | 8 | 8 | 0 | 18.00 | 0.00 |
| SEC0136 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| GPEC0172 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| RN0055 | Gucci inspired 18 inch rhodium plated necklace with horse-bit pendant and toggle clasp | 1 | 1 | 0 | 12.50 | 0.00 |
| RN0056 | 48 inch Gucci inspired rhodium plated horse-bit station necklace; should be worn doubled up. (Looks great layered with RN0055) | 1 | 1 | 0 | 21.00 | 0.00 |
| SEC0107 | 3" long S/S Rh plated geometric earring w/pave squares, bezel set round and a long diamond shape drop all w/clear cz's | 1 | 0 | 0 | 22.50 | 0.00 |
| Shipping | Shipping, handling, insurance via Federal Express |  |  |  | 17.53 | 17.53 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

| **Subtotal** | $1,948.93 |
|---|---|
| **Sales Tax  (0.0%)** | $0.00 |
|  | $1,948.93 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,948.93 |

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

1/23/2008        1232

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

|  |  | ARW-1445 |  | Due on receipt |
|---|---|---|---|---|

| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 5) | 20 | 0 | 0 | 17.70 | 0.00 |
|---|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 6) | 20 | 0 | 1 | 17.70 | 17.70 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 7) | 20 | 0 | 1 | 17.70 | 17.70 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 5) | 20 | 0 | 12 | 18.85 | 226.20 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 6) | 20 | 0 | 12 | 18.85 | 226.20 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 7) | 20 | 0 | 12 | 18.85 | 226.20 |

Thank you for your order. Invoice reflects price increase based on Silver market.

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

1/23/2008          1232

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ARW-1445 | | | Due on receipt | |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 8) | 20 | 0 | 11 | 18.85 | 207.35 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 5) | 30 | 0 | 5 | 18.85 | 94.25 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 6) | 30 | 0 | 6 | 18.85 | 113.10 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 7) | 30 | 0 | 6 | 18.85 | 113.10 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 8) | 30 | 0 | 6 | 18.85 | 113.10 |
| Shipping | Shipping, handling, insurance via Federal Express | | | | 15.18 | 15.18 |

Thank you for your order. Invoice reflects price increase based on Silver market.

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

| | |
|---|---|
| **Subtotal** | $1,370.08 |
| **Sales Tax  (0.0%)** | $0.00 |
| | $1,370.08 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,370.08 |

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

3/10/2008          1282

Inspired Silver          Inspired Silver
Ann Strager          Ann Strager
2675 Skypark Drive          2675 Skypark Drive
Suite 204          Suite 204
Torrance, CA 90505          Torrance, CA 90505

| | | ARW-1445 | 10667 | C.O.D. | | |
|---|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 5) | 20 | 0 | 20 | 17.70 | 354.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 6) | 20 | 1 | 19 | 17.70 | 336.30 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (size 7) | 20 | 1 | 19 | 17.70 | 336.30 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 5) | 20 | 12 | 8 | 18.85 | 150.80 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 6) | 20 | 12 | 8 | 18.85 | 150.80 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 7) | 20 | 12 | 8 | 18.85 | 150.80 |

Thank you for your order. Invoice reflects price increase based on Silver market.

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

**Balance Due**

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

3/10/2008          1282

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

| | | | ARW-1445 | 10667 | C.O.D. |
|---|---|---|---|---|---|
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (size 8) | 20 | 11 | 9 | 18.85 | 169.65 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 5) | 30 | 5 | 21 | 18.85 | 395.85 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 6) | 30 | 6 | 20 | 18.85 | 377.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 7) | 30 | 6 | 20 | 18.85 | 377.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (size 8) | 30 | 6 | 20 | 18.85 | 377.00 |
| Shipping | Shipping, handling, insurance via Federal Express C.O.D. | | | | 38.59 | 38.59 |

Thank you for your order. Invoice reflects price increase based on Silver market.

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

| | |
|---|---|
| **Subtotal** | $3,214.09 |
| **Sales Tax  (0.0%)** | $0.00 |
| | $3,214.09 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,214.09 |

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

11/28/2007        ARW-1104

Inspired Silver                    Inspired Silver
Ann Strager                        Ann Strager
2675 Skypark Drive                 2675 Skypark Drive
Suite 204                          Suite 204
Torrance, CA 90505                 Torrance, CA 90505

ARW-1126                           50% advance bal ne...

| Item | Description | | | | | |
|---|---|---|---|---|---|---|
| GPN0082 | 16CaviarChainw/heartclasp(alternatinglinksetchedandnonetched)" | 10 | 10 | 0 | 10.71 | 0.00 |
| RN0095 | 53" Rh plated channel inspired necklace, composed of 7/8" hammered circles linked by 5 smaller circles that are twisted (extender is double links) | 10 | 10 | 0 | 13.00 | 0.00 |
| SEC0106 | S/S Rh plated 1 1/2" hoop w/marquise shaped cz's all around | 10 | 10 | 10 | 19.40 | 194.00 |
| SNC2000 | S/S Rh plated Chopard inspired necklace w/1 1/2" diameter pendant on 16" chain w/pave outer circle w/prong set oval round and square set stones inside | 10 | 10 | 0 | 27.36 | 0.00 |
| GPEC0130 | S/S Gold plated Ripka inspired earring with 10mm Princess cut champagne cz set in prong "heart" setting | 10 | 0 | 0 | 21.20 | 0.00 |
| SEC0158 | S/S Rh plated upside down pear shape micro pave earring w/3mm clear bezel set pear cz in center | 10 | 10 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

11/28/2007      ARW-1104

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | 50% advance bal ne... | |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 1 | 10 | 33.30 | 333.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 6 | 13 | 33.30 | 432.90 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 4 | 15 | 33.30 | 499.50 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 0 | 20 | 33.30 | 666.00 |
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 1 | 14 | 33.30 | 466.20 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | 50% advance bal ne... | |
|---|---|---|---|---|---|
| TTR0002 | S/S Gd and Rh plated cocktail ring w/large rectangle champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 0 | 10 | 33.30 | 333.00 |
| SNC0084 | S/S  Rh plated16" necklace (double chain) w/three 4 leaf clover onit plus additional stones on the chain | 10 | 10 | 0 | 32.00 | 0.00 |
| RN0092 | 36" Rh plated Van Cleef inspired necklace, every 4th link is an oped 5 petal flower w/oval shaped links in between | 10 | 10 | 0 | 10.08 | 0.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE5) | 10 | 9 | 1 | 23.00 | 23.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE6) | 15 | 11 | 4 | 23.00 | 92.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE7) | 20 | 7 | 13 | 23.00 | 299.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | 50% advance bal ne... | |
|---|---|---|---|---|---|
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE8) | 20 | 10 | 10 | 23.00 | 230.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE9) | 15 | 0 | 11 | 23.00 | 253.00 |
| GPRC0021 | S/S Hammered gd finish w/princess cut champagne stone ring (SIZE10) | 10 | 0 | 7 | 23.00 | 161.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE5) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPRC0084 | `S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE6) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE7) | 20 | 20 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

ARW-1126                            50% advance bal ne...

| Item | Description | | | | | |
|------|-------------|---|---|---|---|---|
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE8) | 20 | 20 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE9) | 15 | 15 | 0 | 23.00 | 0.00 |
| GPRC0084 | S/S Gd platedoval shaped ring w/16mm champagne cz center stone surrounded by 3 levels of small round cz's (SIZE10) | 10 | 10 | 0 | 23.00 | 0.00 |
| GPN0123 | Gd plated 20" necklace consisting of 1-2" circles, eight 1 1/4" circles and eight 3/4" circles. | 10 | 10 | 0 | 10.08 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE5) | 10 | 36 | 0 | 23.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

ARW-1126                                    50% advance bal ne...

| | | | | | |
|---|---|---|---|---|---|
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE6) | 15 | 49 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE7) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE8) | 20 | 66 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE9) | 15 | 45 | 0 | 23.00 | 0.00 |
| SRC0078 | S/S Rh plated 5/16" wide wedding band style ring w/center row cz baguettes and cz's around (SIZE10) | 10 | 30 | 0 | 23.00 | 0.00 |
| SPN0005 | S/S Rh plated 16" necklace w/5 1/4" coral flowers bezel set in S/S | 13 | 13 | 0 | 32.25 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | 50% advance bal ne... |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE5) | 10 | 1 | 0 | 33.30 | 0.00 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE6) | 15 | 0 | 0 | 33.30 | 0.00 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE7) | 20 | 4 | 0 | 33.30 | 0.00 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE8) | 20 | 1 | 0 | 33.30 | 0.00 |
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE9) | 15 | 1 | 0 | 33.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

|  |  | ARW-1126 |  | 50% advance bal ne... |  |
|---|---|---|---|---|---|
| TTR0001 | S/S Gd and Rh plated cocktail ring w/large oval champagne stone w/cz's around w/2 guards (SIZE10) | 10 | 0 | 0 | 33.30 | 0.00 |
| RN0123 | Rh plated 20" necklace consisting of one 2" circle, eight 1 1/4" and eight 3/4" circles | 10 | 0 | 0 | 10.08 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE5) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE6) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE7) | 20 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE8) | 20 | 0 | 0 | 15.30 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | | 50% advance bal ne... | |
|---|---|---|---|---|---|---|
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE9) | 15 | 0 | 0 | 15.30 | 0.00 |
| SRC0084 | S/S Rh plated pear shaped engagement ring w/7mm clear bezel set center stone surrounded by single row of cz's and a 3 row band (SIZE10) | 10 | 0 | 0 | 15.30 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE5) | 10 | 10 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE6) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE7) | 20 | 20 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE8) | 20 | 20 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

11/28/2007          ARW-1104

Inspired Silver                          Inspired Silver
Ann Strager                              Ann Strager
2675 Skypark Drive                       2675 Skypark Drive
Suite 204                                Suite 204
Torrance, CA 90505                       Torrance, CA 90505

ARW-1126                                        50% advance bal ne...

| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |
| SRC0063 | S/S Rh plated 3 row eternity band w/chanel set round cz's in the middle & smaller sound cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE5) | 10 | 7 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE6) | 15 | 11 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE7) | 20 | 16 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE8) | 20 | 15 | 0 | 16.20 | 0.00 |
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE9) | 15 | 15 | 0 | 16.20 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | 50% advance bal ne... | |
|---|---|---|---|---|---|
| GPRC0063 | S/S gold plated 3 row eternity band w/chanel set round cz's in the middle & smaller round cz's on both sides (SIZE10) | 10 | 10 | 0 | 16.20 | 0.00 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE5) | 10 | 0 | 10 | 17.82 | 178.20 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE6) | 15 | 0 | 15 | 17.82 | 267.30 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE7) | 20 | 0 | 20 | 17.82 | 356.40 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE8) | 20 | 2 | 18 | 17.82 | 320.76 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE9) | 15 | 0 | 15 | 17.82 | 267.30 |
| TTR0004 | S/S Gd and Rh plated ring w/mutiple circles, some w/cz's (SIZE10) | 10 | 0 | 10 | 17.82 | 178.20 |
| SPN0002 | Crystal skull pendant | 11 | 12 | 0 | 16.00 | 0.00 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**

**Sales Tax  (0.0%)**

**Payments/Credits**

# Balance Due

**Accessories Rock, Inc.**
**1200 Clint Moore Road**
**Suite #10**
**Boca Raton, FL 33487**

**Tel: 561.999.9760**

11/28/2007      ARW-1104

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

Inspired Silver
Ann Strager
2675 Skypark Drive
Suite 204
Torrance, CA 90505

| | | ARW-1126 | | | 50% advance bal ne... |
|---|---|---|---|---|---|
| SRC0035 | Sterling Silver rhodium plated ring flower shaped center round 2.25mm encircled with 4mm and 6mm marquise prong set cubic zirconias (2)size5 (2)size6 (2)size7 (2)size8 | 8 | 8 | 0 | 18.00 | 0.00 |
| SEC0136 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| GPEC0172 | S/S Rh plated 1 3/8" hoops w/baguette cz's all around | 2 | 2 | 0 | 20.00 | 0.00 |
| RN0055 | Gucci inspired 18 inch rhodium plated necklace with horse-bit pendant and toggle clasp | 1 | 1 | 0 | 12.50 | 0.00 |
| RN0056 | 48 inch Gucci inspired rhodium plated horse-bit station necklace; should be worn doubled up. (Looks great layered with RN0055) | 1 | 1 | 0 | 21.00 | 0.00 |
| SEC0107 | 3" long S/S Rh plated geometric earring w/pave squares, bezel set round and a long diamond shape drop all w/clear cz's | 1 | 0 | 0 | 22.50 | 0.00 |
| Shipping | Shipping, handling, insurance via Federal Express | | | | 38.65 | 38.65 |

Thank you for your order!

This order is not subject to cancellation. All sales are final. No returns, refunds, or exchanges without prior authorization. Damage claims will be the only returns accepted and must be reported within seven (7) calendar days of receipt of merchandise. The receiver of this merchandise acknowledges company and individual owner(s) responsibility for payment of all related charges by all forms of payment including credit card, debit card, checks, etc. All returned checks are subject to a $40.00 return service fee. Due to the fluctuating nature of silver as a commodity, and other metals, all prices are subject to change, thank you.

**Subtotal**                    $5,589.41

**Sales Tax  (0.0%)**           $0.00

                                $5,589.41

**Payments/Credits**            $0.00

**Balance Due**                 $5,589.41