IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ecommerce Innovations, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Does 1 through 10,<br><br>　　　　　Defendants. | No. MC-08-93-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Non-Party Xcentric Ventures, LLC's emergency motion for stay; motion for reconsideration; new trial and to reopen record and, alternatively, motion for stay pending appeal. Dkt. #17.

**IT IS ORDERED:**

1. Xcentric Ventures' emergency motion for stay (Dkt. #17) is **granted**. The Court's order granting Ecommerce Innovations' motion to compel compliance with subpoena (Dkt. #16) is **stayed** pending a ruling on the motion for reconsideration; new trial and to reopen record and, alternatively, motion for stay pending appeal.

2. Ecommerce Innovations shall, by **December 19, 2008**, file a response to Xcentric Ventures' motion for reconsideration; new trial and to reopen record and, alternatively, motion for stay pending appeal. No reply shall be filed.

DATED this 16th day of December, 2008.

_David G. Campbell_
United States District Judge