Maria Crimi Speth, #012574
David S. Gingras, #021097
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Tel: (602) 248-1000
Fax: (602) 248-0522

Attorneys for Xcentric Ventures, L.L.C.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ECOMMERCE INNOVATIONS, L.L.C., a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 through 10,<br><br>Defendants. | Case No.: 2:08–MC–00093-DGC<br><br>**NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a), Non-party XCENTRIC VENTURES, L.L.C. ("Xcentric") appeals to the United States Court of Appeals for the Ninth Circuit from the following Orders of the United States District Court filed February 10, 2009: (1) Order denying Xcentric's Rule 59 Motion for New Trial and/or Motion for Reconsideration.

DATED this 6th day of March, 2009.

                                              **JABURG & WILK, P.C.**

                                              s/Maria Crimi Speth
                                              Maria Crimi Speth
                                              Attorneys for Non-Party Appellant
                                              Xcentric Ventures, L.L.C.

10297-43/DSG/DSG/704187_v1

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Donnelly Andrew Dybus, Esq.
**BUCHALTER NEMER**
16435 North Scottsdale Road
Suite 440
Scottsdale, AZ 85254-1754
Email: ddybus@buchalter.com
Attorneys for Plaintiff/Appellee

With a COPY of the foregoing delivered to:

Honorable David G. Campbell
United States District Court
District of Arizona

s/Debra Gower

10297-43/DSG/DSG/704187_v1