# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

## OFFICE OF THE CLERK

**USCA NUMBER: _____**
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:**          **CLERK, U.S. COURT OF APPEALS**

**FROM:**     **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**   **NEW APPEALS DOCKETING INFORMATION**

<u>CASE INFORMATION</u>

| | |
|---|---|
| USDC Number: | **2:08–MC–00093–DGC** |
| USDC Judge: | **JUDGE DAVID G CAMPBELL** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ECOMMERCE INNOVATIONS L.L.C. V. DOES 1–10** |
| Type: | **MISCELLANEOUS** |
| Complaint/Motion | **9/23/2008** |
| Appealed Order Filed: | **2/10/09; 11/26/08** |
| Appealed Judgment Filed: | **None; Misc. action** |
| Notice of Appeal Filed: | **3/6/2009** |
| Court Reporter Information: | **None** |
| Fee Information: | **Paid on 3/6/2009 in the amount of $455.00** |
| Appellant Attorney: | **Maria Speth (Retained) mcs@jaburgwilk.com** |
| Appellee Attorney: | **Donnelly A. Dybus (Retained) ddybus@buchalter.com** |
| COA Status: | |

Information prepared by: **DMT , Deputy Clerk**