

CLERK OF THE UNITED STATES
DISTRICT COURT
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

US POSTAGE
$0.390
FEB 1 3 2006
Mailed From 85701

MAR 2 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

12184 2080

LEFKOVITZ MISAAR-NEVAREZ
CALIFORNIA CITY CORRECTIONAL CTR.
P.O. BOX 3001-0001
CALIFORNIA CITY, CA. 93504

EFRAIN WISSAR-NEVAREZ
12184-208
CALIFORNIA CITY CORR. CENTER
P.O. BOX 3001-0001
CALIFORNIA CITY, CA
93504

IN PRO-PER.

FILED ___ LODGED
RECEIVED ___ COPY

FEB 6 2006

CLERK, U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

## UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

UNITED STATES OF AMERICA

VS

EFRAIN WISSAR-NEVAREZ

CASE NO. CR 05-00448-001-TUC-JMR(JM)
CR 05-50045-001-TUC-JMR(JM)

MOTION REQUESTING CORRECTION OF
ERROR IN JUDGEMENT AND COMMITMENT
ORDER

COMES NOW, the defendant acting pro sé, and in indigency status:

a) On 6/22/05 the defendant plead guilty to violating tile 8, UNITED STATES CODE SECTION 1326(a), illegal Re-Entry after deportation, with sentencing enhancement pursuant to Title 8, UNITED STATES CODE SECTION 1326(b)(2) in case No: CR 05-00448-001-TUC-JMR(JM)

b) Also on 6/22/05 the defendant admitted allegation(s) as reflected in a petition to revoke the term of supervised release in case No: CR 05-50045-001-TUC-JMR(JM)

c) The defendant recalls being sentenced on 9/22/05 to a grand total of Fifty-one (51) months as follows:

 1. Case No.05-00448-001-TUC-JMR(JM) imprisonment term of Forty-six (46) months

 2. Case No.05-50045-001-TUC-JMR(JM) imprisonment term of Five(5) months

1  d) On 1/20/06 the defendant was given copies of both Judgement

2     and Commitment Order by the Bureau of Prisons (Exhibits A &

3     B) and it appears that an additional Eight (8) months has

4     been added to the defendants total term of imprisonment.

5

6                          RELIEF REQUESTED

7  The defendant respectfully requests that this Honorable Court

8  examine its records and make the appropriate correction to

9  this sentence at its earliest possible convience.

10

11

12

13  DATE:___2-01-2006_____

14

15

16

17                              Respectively Submitted,

18                              _Efrain Wissor Nevares_

19

20

21

22

23

24

25

26

27

28

CASE NAME: <u>UNITED STATES OF AMERICA VS. EFRAIN WISSAR-NEVAREZ</u>

CASE NUMBER: <u>CR 05-00448-001-TUC-JMR(JM) and CR 05-50045-001-TUC-JMR(JM)</u>

I, the undersigned, hereby affirmed that on this _____ day of FEBRUARY <u>2006</u>, I deposited in the recepticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

Attn: Clerk of Court                     Attn: Paul Charlton
Evo A. Decocini                          405 W. Congress
U.S. Courthouse                          Suite 4800
Suite1500                                Tucson, AZ
405 W. Congress                          85701-5040
Tucson, AZ
85701-5010

a true and correct copy of the attached document(s) identified as follows:

MOTION REQUESTING CORRECTION OF ERROR IN JUDGEMENT AND
COMMITMENT ORDER

In accordance with <u>Houston V. Lack</u> 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. §1746(2). I further declare under the penalty of perjury that the foregoing is correct and true.

DATED: <u>2-01-2006</u>

*Efrain Wissar Nevarez*
**AFFIANT**

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**

**v.**

**EFRAIN WISSAR-NEVAREZ**

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. CR 05-00448-001-TUC-JMR(JM)**

Enrique R. Gonzales (Appointed)
Attorney for Defendant

USM#: 12184-208    ICE#: A036169511

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/22/06 to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, UNITED STATES CODE §1326(a), Illegal Re-Entry after Deportation, with sentencing enhancement pursuant to Title 8, UNITED STATES CODE §1326(b)(2), a Class C Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **FIFTY ONE (51) MONTHS** on the Indictment, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THIRTY SIX (36) MONTHS** on the Indictment.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00    **FINE:** $0    **RESTITUTION:** $0

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

EFRAIN WISSAR-NEVAREZ

USM#: 64504-080

No. **CR 05-50045-001-TUC-JMR(JM)**

### JUDGMENT AND COMMITMENT
### REVOCATION OF SUPERVISED RELEASE

Enrique R. Gonzales, (Appointed)
Attorney for Defendant

On 5/6/06, this Court accepted transfer of jurisdiction from the Western District of Texas (P-01-CR-059).

The defendant was sentenced to a term of **FORTY SIX (46) MONTHS** imprisonment and upon release, **TWO (2) YEARS** of supervised release to follow in the Western District of Texas, for violating, Title 8, UNITED STATES CODE § 326(a), Illegal Re-entry after Deportation, a Felony offense, as charged in the Indictment.

On 5/6/05 the United States Attorney filed a petition to revoke the term of supervised release.

On 6/22/05 the defendant appeared with counsel and admitted allegation(s) as reflected in the petition to revoke filed in this matter and as amended on 9/22/05. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 6/29/01 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **EIGHT (8) MONTHS**, with no term of supervised release to follow. Disposition imposed shall run consecutive to the sentence imposed in **CR-05-00448-TUC-JMR.**

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

The Court orders commitment to the custody of the Bureau of Prisons and recommends and that the defendant be placed in an institution in Arizona.

The defendant previously waived the right to appeal.

September 22, 2005
Date of Imposition of Sentence

DATED this 4th day of October, 2005.

John M. Roll
United States District Judge

cc: USA/CNSL(Enrique R. Gonzales)/PROB/PTS/JUDGE/USM(2 certified)/ICE(1 certified)/Order Book

CR 05-50045-001-TUC-JMR(JM) - WISSAR-NEVAREZ

*Defendant delivered on 12-19-05 to Calif. City Corr CTR at Calif. City, CA for Warden Charles Gilkey by P. Merjil, Records Clerk*