IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | CR 05-0448 TUC JMR (JJM) |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| EFRAIN WISSAR-NEVAREZ, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant has filed a motion for correction of sentence in which he argues that his sentence totaled 51 months.

The Court having reviewed the transcript of the sentencing and dispositional proceeding, it is clear that the defendant was sentenced to 51 months imprisonment on CR 05-0448 and a consecutive 8 months imprisonment in CR 05-50045.

**IT IS ORDERED** the defendant's motion requesting correction of error in judgement and commitment order is **DENIED.**

DATED this 10th day of March, 2006.

_____
John M. Roll
United States District Judge