FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 15 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ECOMMERCE INNOVATIONS, LLC, a Nevada limited liability company,<br><br>        Plaintiff - Appellee,<br><br>   v.<br><br>JOHN DOES, 1-10,<br><br>        Defendant,<br>_____<br><br>XCENTRIC VENTURES, LLC, an Arizona company<br><br>        Appellant. | No. 09-15488<br><br>D.C. No. 2:08-mc-00093-DGC<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Pursuant to the stipulation under Federal Rule of Appellate Procedure 42(b)

by appellant and appellee, it is ordered that appeal No. 09-15488 be dismissed.

A copy of this order shall act as and for the mandate of this court.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>    and Ninth Circuit Rule 27-10

amt/Pro Mo 15Sept 2009