IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-677-TUC-DCB (HCE) |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ALBERTO ZEPEDA-CORONA, ) | |
| Defendant(s). ) | |

Re: Continuance of trial

This matter is presently set for trial on June 19, 2007. The Defendant filed a motion to continue and for the reasons set forth therein additional time is required to adequately prepare for trial. The Government has no objection.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because, for the reasons set forth in the motion, failure to grant the continuance is likely to result in a miscarriage of justice if the defendant is required to go to trial on the present trial date.

IT IS ORDERED as follows:

1. The date by which the referred magistrate judge hears the change of plea must be no later than 3:00 p.m. on July 6, 2007.

2. That this matter is RESET for trial on **July 24, 2007 at 9:30 a.m. Counsel are to be present at 9:00 a.m.**

3. Excludable delay under 18 U.S.C. §3161(h)(8) is found to begin on June 20, 2007 and end on July 24, 2007. Such time shall be in addition to other excludable time under the

Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

4. That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

5. Any motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be filed with the Clerk of Court no later than 5:00 p.m. Monday, July 16, 2007.

DATED this 8th day of June, 2007.

David C. Bury
United States District Judge