DANIEL G. KNAUSS
United States Attorney
District of Arizona
PATRICK T. BARRY
Assistant United States Attorney
405 W. Congress, Ste 4800
Tucson, Arizona 85701-5040
patrick.barry2@usdoj.gov
Telephone: (520) 620-7300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Jesus Alberto Ramirez-Robles,<br><br>        Defendant. | CR 88-0127-TUC-FRZ (BPV)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Patrick T. Barry, Assistant United States Attorney for the District of Arizona, is representing the United States of America, as counsel in the above-captioned matter.

Please send all further pleadings, papers and notices which must be sent to any party in this case to the following:

**Patrick T. Barry**, AUSA
United States Attorney's Office
405 West Congress Avenue, Suite 4800
Tucson, Arizona 85701-5040

DATED this __13th__ day of **June, 2007.**

                              DANIEL G. KNAUSS
                              United States Attorney
                              District of Arizona

                              *s/Patrick T. Barry*
                              PATRICK T. BARRY
                              Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means this __14th__ day of June, 2007, to:

Mark F. Willimann, Esq.