AO 442 (Rev.5/85-AZ) Warrant for Arrest

# United States District Court
District of Arizona

LODGED COPY

JUN 20 2007

## WARRANT FOR ARREST

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>EDWARD D. MAYS | CASE NUMBER CR-97-1055-1-TUC-RCC(HCE) |

USM#-71380-008

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   **EDWARD D. MAYS**

and bring him or her forth with to the nearest magistrate to answer a(n)

                                                                     **SUPERVISED RELEASE**
Indictment    Information    Complaint    Order of Court  **XX** Violation Petition    Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE IMPOSED BY THE COURT ON JULY 7, 2006------------

in violation of Title ___18___     United States Code, Section(s)___3583___

Richard H. Weare                                                Clerk, U.S. DISTRICT COURT
Name of Issuing Officer                                         Title of Issuing Officer

[signature]                                                     JANUARY 5, 2007     TUCSON, ARIZONA
Signature of Issuing Officer                                    Date and Location

M. GORSKI
(By) Deputy Clerk

Bail- **TO BE DETAINED PENDING APPEARANCE**        HONORABLE RANER C. COLLINS
      **BEFORE THE COURT**                         U.S. District Court Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

| Date Received<br>01/10/07 | Name and Title of Arresting Officer<br>Subject arrested by USMS-PHX<br>and Initialed on 06/20/07<br>the District of | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>06/18/0 | | |

PO, PSA, USM, USA
COPIES DISTRIBUTED