IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                          MAGISTRATE JUDGE'S MINUTES

CR 07-00846-001-TUC-CKJ(JJM)                         Date: 6/26/2007
CASE NUMBER
Hon. JACQUELINE MARSHALL, United States Magistrate Judge        Judge #: 70BN

USA v. JESUS ARREDONDO-LUA

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ
Deputy Clerk Peggie Robb             Recorded by Courtsmart
U.S. Atty: Angela Woolridge for Aaron Wegner           Dft Atty: Enrique R. Gonzales
Intrptr: Joyce Garcia

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:**   ☐ ARRAIGNMENT/PLEA   ☒ CHANGE OF PLEA
☐ Waiver of Indictment filed
☐ CHARGES:
☒ Dft states true name to be: SAME
☒ Dft advised: ☒ Right to trial by jury ☐ Right to indictment by GJ
☒ Dft enters: ☒ GUILTY PLEA to one-count indictment
Lesser offense
☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED
☒ Guidelines case   ☐ Non-guidelines case
☒ Continued for sentence to 09/26/2007 at 10:45 AM BEFORE JUDGE JORGENSON
☒ **ORDER:** PSR to be prepared. (1) Any objection(s) to the presentence report shall be filed no later than 14 days after receiving the presentence report pursuant to Fed.R.Crim.P. 32(f)(2); (2) any response to the objection(s) to the presentence report shall be filed no later than 11 days after receiving the objection(s); (3) any sentencing memorandum shall be filed no later than 5 business days prior to sentencing; (4) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two (2) business days prior to the date of hearing. Additionally, counsel shall telephonically notify chambers when sentencing is within two (2) business days; (5) failure to comply with this Order may result in the imposition of sanctions.
☐ To be dismissed upon entry of judgment
☒ ORDER vacate trial date/motion hearing/motions moot
☒ Provided with copy of Indictment/Information   ☒ Waives reading
☐ ORDER defendant remain released pending sentence/remanded to USM
☐ Interpreter not required. Remove interpreter designation.
☐ Other:

COP: 8 min