DATE: 6/8/2007     CASE NUMBER: 07-04670M

USA vs. GUSTAVO GONZALES-FLORES

U.S. MAGISTRATE JUDGE: MAGISTRATE JENNIFER C. GUERIN   Judge #: 70BR

U.S. Attorney Patrick Thomas Barry     INTERPRETER REQ'D Derek Sully

Attorney for Defendant __

INITIAL APP: ☒ HELD   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☒ Complaint Filed  ☒ DOA 6/6/2007
☐ Warrant Other District
☐ Warrant Phx Div.
☐ Counsel waives reading of the Complaint/Indictment
☐ ORDER Indictment/Complaint unsealed
☐ Financial Afdvt taken
☐ No Financial Afdvt taken

☒ Defendant states true name to be ___SAME___.
Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f) is ☒ Granted ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects

GOVERNMENT recommends _____

☐ Court accepts/rejects stip of ptys/recommendation by _____

Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☐ Held ☐ Cont'd ☐ UA<br>Set for: 6/12/2007 at 10:30 AM<br>before: MAGISTRATE JUDGE MARSHALL | PRELIMINARY HEARING: ☐ Held ☐ Waived<br>Set for: 6/12/2007 at 10:30 AM<br>before: MAGISTRATE JUDGE MARSHALL |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| ARRAIGNMENT   Set for                      before: | |

OTHER: _____
_____
_____

Recorded by Courtsmart     IA: 0
BY: Melodee Horton
Deputy Clerk