DANIEL G. KNAUSS
United States Attorney
District of Arizona

JAMES R. KNAPP
Special Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, Arizona 85004-4408
Arizona Bar No. 021166
james.knapp2@usdoj.gov
Telephone: (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>v.<br><br>Maurisa Ladeen Montana,<br><br>  Defendant. | Mag. No. 07-0074M<br><br>**PLEA AGREEMENT**<br>(Flip-Flop)<br><br>Sentencing Guidelines do <u>Not</u> Apply |

The parties enter into the following agreement:

1. Defendant will enter a plea to Count 2 of the Complaint, Aiding and Abetting an Alien to Elude Examination and Inspection by Immigration Officers of the United States, a Class B misdemeanor offense, in violation of Title 8, United States Code, Section 1325(a)(2) and Title 18, United States Codes, Section 2.

2. The maximum penalties for the offense to which I am pleading are six (6) months in custody, a $5,000 fine, and a $10 special assessment.

3. Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), the government and the defendant stipulate and agree to a sentence of **forty-five (45) days of imprisonment**.

4. The parties waive a Presentence Report and agree that sentencing will occur on the date of change of plea.

5. The defendant waives any and all motions, defenses, probable cause determinations, and objections which the defendant could assert to the charge or to the

Court's entry of judgment against the defendant and imposition of sentence upon the defendant providing the sentence is consistent with this agreement. The defendant further waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); and (3) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack.

6. Waiver of Defendant's Rights. I have read each of the provisions of the entire plea agreement with the assistance of counsel and understand its provisions. I have discussed the case and my constitutional and other rights with my attorney. I understand that by entering my plea of guilty I will be giving up my right to plead not guilty; to confront, cross-examine, and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination; all with the assistance of counsel, to be presumed innocent until proven guilty beyond a reasonable doubt, and to appeal.

I agree to enter my guilty plea as indicated above on the terms and conditions set forth in this agreement.

I have been advised by my attorney of the nature of the charge to which I am entering my guilty plea. I have further been advised by my attorney of the nature and range of the possible sentence.

My guilty plea is not the result of force, threats, assurance or promises other than the promises contained in this agreement. I agree to the provisions of this agreement as a voluntary act on my part, and I agree to be bound according to its provisions.

1  I agree that this written plea agreement contains all the terms and conditions of my plea and that promises made by anyone (including my attorney) that are not contained within this <u>written</u> plea agreement are without force and effect and are null and void.

I am satisfied that my defense attorney has represented me in a competent manner.

I am not now on or under the influence of any drug, medication, liquor, or other intoxicant or depressant, which would impair my ability to fully understand the terms and conditions of this plea agreement.

7. Elements of the Offense

   1. Noe Zaranda-Huerta is an alien;

   2. Noe Zaranda-Huerta eluded examination or inspection by immigration officers;

   3. The defendant transported Noe Zaranda-Huerta within the United States with the intent to assist and aid or abet Noe Zaranda-Huerta to elude examination or inspection by immigration officers and to remain in the United States unlawfully; and

   4. The offense was committed in the District of Arizona.

8. Factual Basis

On or about May 17, 2007, at or near Chuichu, Arizona, in the District of Arizona, I, Maurisa Ladeen Montana, was driving a 2007 Hummer H3. The Hummer contained four passengers, all of whom were illegal aliens. Noe Zaranda-Huerta was among the passengers. I knew that the people I was transporting were illegally in the United States, and I was aiding and abetting their presence in the United States. I was transporting them in order to assist them in eluding examination and inspection by Immigration Officials of the United States.

7/3/07
Date

_Maurisa Ladeen Montana_
Defendant

## DEFENSE ATTORNEY'S APPROVAL

I have discussed this case and the plea agreement with my client in detail and have advised the defendant of all matters within the scope of Rule 11, Fed. R. Crim. P., the constitutional and other rights of an accused, the factual basis for and the nature of the

3

offense to which the guilty plea will be entered, possible defenses, and the consequences of the guilty plea, including the defendant's waiver of the right to appeal. No assurances, promises, or representations have been given to me or to the defendant by the government or by any of its representatives which are not contained in this written agreement. I concur in the entry of the plea as indicated above and on the terms and conditions set forth in this agreement as in the best interests of my client. I agree to make a bona fide effort to ensure the guilty plea is entered in accordance with all the requirements of Rule 11, Fed. R. Crim. P.

I translated or caused to be translated this agreement from English into Spanish to the defendant on the _____ day of _____, _____.

7/3/07
Date

Attorney for Defendant

GOVERNMENT'S APPROVAL

I have reviewed this matter and the plea agreement. I agree on behalf of the United States that the terms and conditions set forth are appropriate and are in the best interests of justice.

DANIEL G. KNAUSS
United States Attorney
District of Arizona

7/3/2007
Date

JAMES R. KNAPP
Special Assistant U.S. Attorney

COURT'S APPROVAL

6/3/07
Date

United States Magistrate Judge

4