HAWKINS and E-Z MESSENGER
10 W. Madison Street
Phoenix, AZ 85003
(602) 258-8081  FAX: (602) 258-8864

✓ FILED ____ LODGED
____ RECEIVED ____ COPY
JUL 0 5 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

CLIENT FILE NO.
OERGEL

IN THE UNITED STATES DISTRICT COURT
MARICOPA
STATE OF ARIZONA
SUSAN OERGEL
  vs
TRINITY BROADCASTING NETWORK

CASE NO. CV07-00782-PHX
JUDGE   ECV

STATE OF ARIZONA              )          AFFIDAVIT OF SERVICE
MARICOPA COUNTY               )

THE AFFIANT, being sworn, states: That I am a private process server registered in MARICOPA COUNTY and an Officer of the Court. On 06/28/07 I received the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT;

from ROBERT M. COOK, ESQ.             . and by KIP MICUDA in each instance I personally served a copy of each document listed above upon:
ORALENA VALERO on 06/28/07 at 1:10 pm at 3551 E. MCDOWELL RD. PHOENIX, AZ 85008 MARICOPA COUNTY in the manner shown below:

in person.

DON A. FOUTZ, ACPS                    Affiant
Sworn to before me the   Jun 29, 2007

JoAnn Florez                          Notary

My Commission expires:  02/25/2010

1181885   4220
ORIGINAL



SERVICE OF PROCESS    $   16.00
SERVICE CHARGE        $    3.00
AFFIDAVIT PREP/NOTARY $   10.00
         TOTAL        $   29.00

OFFICIAL SEAL
JOANN FLOREZ
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 25, 2010