Michael N. Poli, #006431
Jody Buzicky, #020122
POLI & BALL, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for Defendant/Counter-Claimant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| First Ascent Ventures Inc., a Colorado corporation; First Ascent Ventures Lone Tree, Inc., a Colorado corporation,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>DLC Dermacare LLC, an Arizona limited liability company,<br><br>　　　Defendant, | No. CV06-1794-PHX-JAT<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| DLC Dermacare LLC, an Arizona limited liability company,<br><br>　　　Counterclaimant,<br><br>vs.<br><br>First Ascent Ventures Inc., a Colorado corporation; First Ascent Ventures Lone Tree, Inc., a Colorado corporation; Peter C. Hill and Elizabeth S. Hill, husband and wife; Randal A. Dick and Laura G. Dick, husband and wife,<br><br>　　　Counterdefendants, | |

　　　Notice is hereby given that Michael Poli and the law firm of Poli & Ball, P.L.C., hereby associate as counsel of record for Defendant/Counter-claimant DLC Dermacare LLC ("Dermacare"), in the above named case, and request that all documents, papers and

communications be directed to Michael Poli, Poli & Ball, P.L.C., 2999 N. 44th Street, Suite 500, Phoenix, Arizona 85018.

DATED this 11th day of July, 2007.

POLI & BALL, P.L.C.

By /s/ Michael N. Poli
Michael N. Poli
Jody Buzicky
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
Attorneys for Defendant/Counter-Claimant

**ORIGINAL FILED.**

Copy of the foregoing mailed
this 11th day of July, 2007, to:

Andre Merrett, Esq.
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Attorneys for Plaintiffs/Counterdefendants

Jeff H. Wolf, Esq
Aaron Schepler, Esq.
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Attorneys for Plaintiffs/Counterdefendants

Robert M. Kort
SNELL & WILMER, LLP
One Arizona Center
Phoenix, Arizona 85004
Attorneys for Defendant/Counter-Claimant

S:\Lkl\Dermacare\FirstAscent\Pleadings\Ntc Appearance1.wpd

2