Hortencia Delgadillo, Esq.
P.O. Box 844
Tucson, Arizona 85702
Telephone: (520) 498-4913
E-mail: hdelgadi@yahoo.com
State Bar No. 010595

Attorney for:
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. CR06-01703-TUC-JMR(CRP) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO OPT OUT OF SUBSTANTIVE MOTIONS** |
| MARIA LUISA CUEVAS (#29), | |
| Defendant. | |

Defendant, through counsel undersigned, hereby gives notice that she intends to opt out of any and all substantive motions previously filed in this matter by any co-defendant, unless Defendant Cuevas otherwise affirmatively states her intend to join in any substantive motion.

RESPECTFULLY SUBMITTED this 13th of July 2007.


        S/Hortencia Delgadillo
        HORTENCIA DELGADILLO
        Attorney for Defendant

**Original** of the foregoing filed by ECF
this 13th day of July 2007 with:

1
United States v MARIA LUISA CUEVAS (#29), CR06-0703-JMR (CRP)

Clerk of the Federal District Court
405 W. Congress
Tucson, AZ 85701

**Copy** of the foregoing delivered electronically
this 13th day of July 2007 to:

Hon John M. Roll
United States District Court Judge
405 W. Congress
Tucson, Arizona 85701

Irene Feldman
Assistant U.S. Attorney
Office of the United States Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701

All defense counsel