# UNITED STATES DISTRICT COURT

District of ARIZONA

American Family Mutual Insurance Company

V.

North American Van Lines, Inc.
a foreign corporation

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV-07-1307-PHX-SRB

TO: (Name and address of Defendant)

NORTH AMERICAN VAN LINES, INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc S. Gladner
CROSBY & GLADNER, P.C.
1726 E. Thomas Road
Phoenix, Arizona 85016-7604
(602) 274-9100

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________
Date

______________________
*Signature of Server*

UNITED STATES DISTRICT COURT
7:12 am, Jul 13, 2007
s/Richard H. Weare,Clerk
DISTRICT OF ARIZONA

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Print | Save As... | Export as FDF | Retrieve FDF File | Reset