```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF ARIZONA
                            CIVIL MINUTES - GENERAL
```

Date: July 24, 2007

Civil Case No.     CV 05-415-TUC-JMR(JCG)

Title     CASHMAN     vs. NATIONWIDE

Present:
                        HON.    JENNIFER C. GUERIN

Deputy
Clerk & ECRO:    Beth Harper

ATTORNEY(s) FOR PLAINTIFF                ATTORNEY(s) FOR DEFENDANT

Bruce Macdonald                          Edward K. Cottrell & Lawrence Peshkin


**PROCEEDINGS**:     XX  Open Court          Chambers          Other


    This matter comes before the Court as scheduled for a status conference regarding settlement status.

    Parties presented information to the Court regarding the timing of submission of settlement documents. Parties are cooperating to prepare and obtain all information needed to complete settlement documents. Parties anticipate that settlement documents will be submitted for approval to this court and a state court in Texas. Parties believe settlement documents can be completed within sixty days. Wherefore it is ordered that the parties submit settlement documentation to the court within sixty days. Should impediments arise that prevent the parties from meeting this deadline, the parties shall provide written notification of that condition to the court and request and suggest what additional time is needed to complete the settlement paperwork.


Hearing time: 5 minutes