DANIEL G. KNAUSS
United States Attorney
District of Arizona

Richard I. Mesh
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No. 002716
Telephone (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>1. Trudy M. Peters,<br><br>　　　　　Defendant. | NO.  CR- 07-266-01-PHX-NVW<br><br>**INFORMATION**<br><br>VIO:  18 U.S.C. 1012<br>　　　(False Statement to Defraud HUD)<br>　　　A Class "A" Misdemeanor. |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about February 22, 2002, within the District of Arizona, the defendant, TRUDY M. PETERS, with the intent to defraud, made and caused to be made a knowingly false statement to the U.S. Department of Urban Development on a HUD Settlement Statement for the property located at 4649 N. 99th Drive, Phoenix, Arizona, by certifying that the document was a "TRUE AND CORRECT COPY" of an original document, when in fact she knew the copy had material information deleted from the original.

///

///

///

///

///

///

In violation of Title 18 United States Code, Section 1012.

Dated this 28th day of August, 2007.

DANIEL G. KNAUSS
United States Attorney
District of Arizona

*/s/ Richard I. Mesh*

RICHARD I. MESH
Assistant U.S. Attorney

2