UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 9 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Visit our website at www.azd.uscourts.gov

RICHARD H. WEARE
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

September 21, 2007

Clerk of Court
US District Court, Middle District of Florida
United States Courthouse, Suite 1200
401 West Central Boulevard
Orlando, FL 32801

    RE: **Richard E. Standridge v. United States of America**
        CV07-1468-PHX-FJM

Dear : Clerk of Court:

Pursuant to the Order of this Court, the above mentioned cause of action is being transferred to your Court for all further proceedings. Enclosed are certified copies of the transfer order and docket sheet. The complete case file may be accessed via our website at: www.azd.uscourts.gov.

Please acknowledge receipt of same and indicate your district's case number on the enclosed copy of this letter and return. Thank you.

**RICHARD H. WEARE, DCE/CLERK**

By: __s/E.Leon__
    Deputy Clerk

cc: All Counsel

**Receipt is acknowledged of the documents described herein.**

New Case Number: __3:07CV-911-V-33 TEM__

Clerk, U.S. District Court

By: _____
    Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*